## WALDRON v. HOPPER.

*Trespass, and not case, is the proper action to recover damages for an injury sustained by the negligent driving of defendant's horse.*

On writ of error from the Common Pleas of Bergen county.

The plaintiff in error was the plaintiff below, and had brought an action on the case against Hopper, for negligently suffering his horses, which were in a sleigh, to run against a horse belonging to plaintiff, by which its leg was broken.

On the trial it appeared that the defendant, being intoxicated, had fallen asleep in his sleigh, that the horses ran off, and ran against the plaintiff's horse, and in that manner occasioned the damage for which reparation was sought by this action.

The court below non-suited the plaintiff, on the ground that the action should have been trespass, and not case.

[340] KINSEY, C. J. I have considered the point with a strong leaning towards the plaintiff, and should have felt glad to have been able to support the action. The law is, however, otherwise. The case of *Day* v. *Edwards*, 5 *T. R.* 648, recently determined in England, is conclusive, if other authorities were wanting, and I think it should govern us.

SMITH, J., and CHETWOOD, J., concurred.

Judgment affirmed. (*a*)

(*a*) See 1 *Esp. Ca.* 54.